UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR057 RWS NAB |
| DONALD WALTERS, | ) | |
| Defendant. | ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Sever [Doc. #576] filed on November 3, 2011. Defendant represented by counsel appeared for a hearing on the motion on December 14, 2011. After a discussion with the Government, regarding the status of the case, Defendant made an oral motion to continue the hearing.

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Evidentiary Hearing is **GRANTED.** The evidentiary hearing shall be continued until **January 10, 2012** at **1:30 p.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of this matter, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of December, 2011.