UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR057 RWS NAB |
| ) | |
| INDELACIO CASARRUBIA BARRERA, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Pretrial Hearing [Doc. #718] filed on January 24, 2012. In support of the Motion Defendant stated that:

1. Counsel is scheduled to be in a hearing starting on February 7, 2012.

2. The hearing counsel is set to appear before is anticipated to last two days

3. Defendant's counsel spoke with AUSA Dean Hoag on this matter. Mr. Hoag said the Government has not objection to a brief continuance.

Defendant requested that the pretrial hearing previously set for February 8, 2012 be continued. For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Pretrial Hearing [Doc. #718] is **GRANTED.** The pretrial hearing previously scheduled for February 8, 2012 shall be continued until **February 10, 2012** at **10:00 a.m.**

**Speedy Trial Finding:** For the reasons set out in Defendant's motions, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting

Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare for the evidentiary hearing, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2012.